# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

**Voluntary Petition**

| Name of Debtor (if Individual, enter Last, First, Middle): Cadmus Construction, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. Or Individual-Taxpayer I.D.(ITIN) No./Complete EIN (if more than one, state all): 26-1921050 | Last four digits of Soc. Sec. Or Individual-Taxpayer I.D.(ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): 8034 Camino Predera Rancho Cucamonga, CA   **Zip Code 91730** | Street Address of Debtor (No. & Street, City, and State):   **Zip Code** |
| County of Residence or of the Principal Place of Business: San Bernardino | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   **Zip Code** | Mailing Address of Debtor (if different from street address):   **Zip Code** |

Location of Principal Assets of Business Debtor (if different from street address above): **Zip Code**

## Type of Debtor (Form of organization) (Check one box.)
☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form
☒ Corporation(includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

## Nature of Business (Check one box.)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Oher

### Tax-Exempt Entity (Check one box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 15 for Recognition of a Foreign Main Proceeding
☐ Chapter 9    ☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
              ☐ Chapter 13

### Nature of Debts (Check one box.)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
☒ Debts are primarily business debts.

## Filing Fee (Check one box)
☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
☐ Debtor is a small business as defined in 11 U.S.C. §101(5ID).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. §101(5ID).
------
Check if:
☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300. (amount subject to adjustment on 4/01/13 and every three years thereafter)
------
Check all applicable boxes:
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(b)

## Statistical/Administrative Information
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

### Estimated Number Of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Main Document | Name of Debtor(s)<br>Cadmus Construction, Inc. Page 2 of 27 | FORM B1, Page 2 |
|---|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by an Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Bardos, Paul Phillip** | Case Number:<br>6:10-bk-41455 TD | Date Filed:<br>9/29/20 |
| District:<br>**Central District of California, Riverside Division** | Relationship:<br>100% Shareholder | Judge:<br>Thomas B. Donovan |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports, e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or (15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b)

X _____<br>Signature of Attorney for Debtor(s)       Date

</td>
</tr>
<tr>
<td>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

☒ No.

</td>
<td>

**Exhibit D**

**(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).**

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

</td>
</tr>
</table>

| **Information Regarding the Debtor - Venue** |
|---|
| *(Check any applicable box)* |
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| *Check all applicable boxes* |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court for any rent that would become due during the 30-day period after the filing of the petition/ |
| ☐ Debtor certifies that he/she has served this Landlord with this certification (11 U.S.C. § 362(1)). |

Form B1 (Official Form 1)1/10)0763-MJ    Doc 1    Filed 12/10/10    Entered 12/10/10 16:04:11    Desc 2010 USBC, Central District of California

Main Document    Page 3 of 27    FORM B1,Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Cadmus Construction, Inc. |

| Signatures) |
| --- |

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition)  I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of the title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box)

☐  I request relief in accordance with chapter 15 of title 11, United States Code.
     Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐  Pursuant to 11 U.S.C. §1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |

X *Jeffrey Broker*
Signature of Attorney for Debtor(s)

**Jeffrey W. Broker**
Printed Name of Attorney for Debtor(s)

**BROKER & ASSOCIATES PC**
Firm Name

**18191 Von Karman Ave., Suite 470**
**Irvine, CA 92612**
Address

**Telephone:  (949)-222-2000**
**Facsimile:   (949) 222-2022**
Telephone

12/10/10          53226
Date:               Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. §110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers for all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §156.*

| **Signature of Debtor (Corporation/Partnership)** | |

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

 PAUL BARDOS
Printed Name of Authorized Individual

 President
Title of Authorized Individual

12/10/2010
Date

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jeffrey W. Broker, Broker & Associates PC - State Bar No. 53226<br>18191 Von Karman Ave., Suite 470, Irvine, CA 92612<br>T: 949.222.2000/F: 949.222.2022/Email: jbroker@brokerlaw.biz<br><br>☒ *Attorney for:* Cadmus Construction, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>CADMUS CONSTRUCTION, INC.<br><br><div align="right">Debtor(s).</div> | CASE NO.:<br><br>CHAPTER: 11<br><br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☐ Petition, statement of affairs, schedules or lists       Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☒ Other: EMERGENCY FILING                     Date Filed: 12/10/10

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____       12/10/2010
Signature of Authorized Signatory of Filing Party       Date

PAUL BARBOS
_____
Printed Name of Authorized Signatory of Filing Party

PRESIDENT
_____
Title of Authorized Signatory of Filing Party


### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____       12/10/10
Signature of Attorney for Filing Party       Date

JEFFREY W. BROKER
_____
Printed Name of Attorney for Filing Party

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

In re :   **Cadmus Construction, Inc, a California Corporation,**                    Case No. _____
                                                        Debtor        Chapter    **11**

# STATEMENT REGARDING AUTHORITY BY RESOLUTION  TO SIGN AND FILE CHAPTER 11 PETITION

I, Paul Bardos, declare under penalty of perjury that I am the President of Cadmus Construction, Inc., a California Corporation (the "Company"), and that on December 10, 2010  the following resolution was duly adopted by the shareholder(s) of the Company:

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Paul Bardos, the President of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Paul Bardos, the President of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company or as he directs, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Paul Bardos, the President of this Company, is authorized and directed to employ Jeffrey W. Broker, attorney, and the law firm of Broker & Associates Professional Corporation to represent the Company in such bankruptcy case."

Executed on:   December _10_, 2010

Cadmus Construction, Inc,
A California Corporation

_____
By: Paul Bardos
Its:  President

84281

1  JEFFREY W. BROKER – State Bar No. 53226
   BROKER & ASSOCIATES PROFESSIONAL CORPORATION
2  18191 Von Karman Avenue, Suite 470
   Irvine, CA 92612-7114
3

4  Telephone:  (949) 222-2000
   Facsimile:   (949) 222-2022
5  email:      *jbroker@brokerlaw.biz*

6  Proposed Counsel to Debtor
   and Debtor in Possession
7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        RIVERSIDE DIVISION

11  In re                                    Case No. _____
                                             Chapter 11 Case
12  CADMUS CONSTRUCTION, INC., a California
    Corporation,                             **DECLARATION REGARDING
13                                           CORPORATE OWNERSHIP OF DEBTOR
                   Debtor and Debtor-in-Possession,   (CORPORATE OWNERSHIP
14                                           STATEMENT)**

15                                           [Federal Rules of Bankruptcy
                                             Procedure §§1007(a)(1) and 7007.1]
16

17       I, Paul Bardos, declare:

18       1.  I am the President of Cadmus Construction, Inc., a California Corporation (the "Debtor").  I

19  am authorized by the Debtor to make this statement to disclose the ownership of the Debtor.  All

20  matters set forth in this declaration are true of my own personal knowledge and if called upon to

21  testify I could testify competently thereto.

22       2.  I understand that pursuant to Rule 1007(a)(1) and Rule 7007.1 of the Federal Rules of

23  Bankruptcy Procedure, the Debtor must identify any 'corporation' (as defined in 11 U.S.C. §101(9))

24  that directly or indirectly owns 10% or more of any class of the corporation's equity interests.

25  ///

26  ///

27

28

                              6                    DECLARATION RE CORPORATE  OWNERSHIP

1          3. I own 100% of the stock of the Debtor. Accordingly, there are no entities to disclose

2   pursuant to Rule 1007(a) and rule 7007.1.

3          I declare under penalty of perjury under the laws of the State of California and the United

4   States of America that the foregoing is true and correct and that this declaration was executed this

5   _10_ day of December 2010 at Irvine, California.

6                                                    _____

7                                                    PAUL BARDOS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. SA 06-10358 JR
ORDER AUTHORIZING EMPLOYMENT OF PAMELA ZYLSTRA KARGER

**United States Bankruptcy Court**
**Central District of California**

In re :    **CADMUS CONSTRUCTIONS, INC., a California Corporation,**          Case No. _____
                                                                Debtor

                                                                Chapter  11

# List Of Creditors Holding 20 Largest Unsecured Claims

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| (1) Twenty -Nine Palms Enterprises Corporation dba Spotlight 29 Casino Attn Tribal Chairman 46-200 Harrison Place Coachella, CA 92236 | Phone: Fax: Attn:  Tribal Chairman Twenty -Nine Palms Enterprises Corporation dba Spotlight 29 Casino 46-200 Harrison Place Coachella, CA 92236 | Claim for disgorgement of contract payments | Disputed | $1,604,952.33 |
| (2) Tidwell Construction Tidwell 81785 Trader Place Ste A Indio, CA 92201 | Phone: 760-342-8300 Fax: Attn:  Cory Radecki Tidwell 81785 Trader Place Ste A Indio, CA 92201 | Trade debt | | $201,704.00 |
| (3) Palm Springs Welding, Inc. 1189 Valdivia Way Palm Springs, CA 92262 | Phone: 760-323-4449 Fax: Attn:  Bev Smith Palm Springs Welding, Inc. 1189 Valdivia Way Palm Springs, CA 92262 | Trade debt | | $179,818.25 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| (4) David Alan Heslop<br>P.O. Box 730<br>Templeton, CA 93465 | Phone: 805-237-2853<br>Fax:<br>Attn: Alan Heslop<br>P.O. Box 730<br>Templeton, CA 93465 | Trade debt | | $140,472.75 |
| (5) MG Lighting & Electric, Inc.<br>73-804 Dinah Shore Drive<br>Palm Desert, CA 82211 | Phone: 760-770-5696<br>Fax:<br>Attn: Nadia Soriano<br>73-804 Dinah Shore Drive<br>Palm Desert, CA 82211 | Trade debt | | $93,292.89 |
| (6) Al Miller & Sons Roofing Co., Inc.<br>68760 Summit Dr<br>Cathedral City, CA 92234 | Phone: 760-328-6616<br>Fax:<br>Attn: Cookie Billings<br>68760 Summit Dr<br>Cathedral City, CA 92234 | Trade debt | | $90,000.00 |
| (7) Infinity Drywall Contracting, Inc.<br>1591 S Sinclair Ste D<br>Anaheim, CA 92806 | Phone: 714-634-2255<br>Fax:<br>Attn: Dennis LaFreniere<br>1591 S Sinclair Ste D<br>Anaheim, CA 92806 | Trade debt | | $69,423.00 |
| (8) Jayar Manufacturing Co., Inc.<br>3700 Cypress Ave.<br>El Monte, CA 91731 | Phone: 626-579-5300<br>Fax:<br>Attn: A/R | Trade debt | | $66,216.50 |
| (9) United Brothers Concrete, Inc.<br>P.O. Box 756<br>Thousand Palms, CA 92276 | Phone: 760-343-2861<br>Fax:<br>Attn: Rachel Stevens<br>P.O. Box 756<br>Thousand Palms, CA 92276 | Trade debt | | $34,578.15 |
| (10) JD2, Inc.<br>12970 Earhart Avenue Ste 210<br>Auburn, CA 95602-9022 | Phone: 530-889-2979<br>Fax:<br>Attn: Kim Nunley<br>12970 Earhart Avenue Ste 210<br>Auburn, CA 95602-9022 | Trade debt | | $34,510.00 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| (11) V & M Construction Co., Inc. 81-785 Trader Place Ste C Indio, CA 92201 | Phone: 760-347-3933 Fax: Attn: Denise Armocida 81-785 Trader Place Ste C Indio, CA 92201 | Trade debt | | $26,641.46 |
| (12) Villegas Masonry 6071 La Sierra Avenue Riverside, CA 92505 | Phone: 951-352-0909 Fax: Attn: Arthur Villegas 6071 La Sierra Avenue Riverside, CA 92505 | Trade debt | | $26,283.28 |
| (13) Valley Plumbing Co. 46780 Clinton Street Indio, CA 92201 | Phone: 760-346-4695 Fax: Attn: Beth Hjorth 46780 Clinton Street Indio, CA 92201 | Trade debt | | $22,880.00 |
| (14) Stanley Access Tech LLC P.O. Box 0371595 Pittsburgh, PA 15251-7595 | Phone: 800-722-2377 Fax: Attn: A/R, Credit P.O. Box 0371595 Pittsburgh, PA 15251-7595 | Trade debt | | $22,520.00 |
| (15) Allright Services, Inc. 3116 E Via Escuela Palm Springs, CA 9226 | Phone: 760-322-5851 Fax: Attn: Rene Alvarenga 3116 E Via Escuela Palm Springs, CA 9226 | Trade debt | | $20,710.00 |
| (16) P / Acevedo Construction, Inc. 83649 Indio Blvd Indio, CA 92201 | Phone: 760-775-5588 Fax: Attn: Joe Acevedo 83649 Indio Blvd Indio, CA 92201 | Trade debt | | $19,569.42 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| (17) Centria - H.H. Robertson Floor Systems P.O. Box 640235 Pittsburgh, PA 15264-0235 | Phone: 800-932-0706 Fax: Attn:  Denise Heuring P.O. Box 640235 Pittsburgh, PA 15264-0235 | Trade debt | | $19,007.10 |
| (18) Slovak Baron & Empey LLP Attorneys at Law 1800 E Tahquitz Palm Springs, CA 92262 | Phone: 760-322-2275 Fax: Attn:  Thomas Slovak Attorneys at Law 1800 E Tahquitz Palm Springs, CA 92262 | Trade debt | | $18,530.88 |
| (19) Gertz Construction Company P.O. Box 1510 Indio, CA 92202 | Phone: 760-863-0803 Fax: Attn: Margaret Gertz P.O. Box 1510 Indio, CA 92202 | Trade debt | | $17,514.00 |
| (20) Office Equipment Finance Services (U.S. Bank) PO Box 790448 St. Louis, MO 63179-0448 | Phone: 507-532-7754 Fax: Attn: Customer Service PO Box 790448 St. Louis, MO 63179-0448 | Trade debt | | $5574.26 |

I, Paul Bardos, the President of the Debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  December _10_, 2010

_____

Paul Bardos

| Name | Jeffrey W. Broker – State Bar #53226 |
|---|---|
| | Broker & Associates Professional Corporation |
| Address | 18191 Von Karman Avenue, Suite 470 |
| | Irvine, CA 92612-7114 |
| Telephone | (949) 222-2000   (949) 222-2022 (fax) |

(CLERK'S STAMP)

Attorneys For Debtor(S)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL    DISTRICT OF    CALIFORNIA

In re

Cadmus Construction, Inc., a California corporation,

Debtor(s)

Case No.

**LIST OF EQUITY SECURITY HOLDERS**

(Set forth here all names, including trade names used by debtors(s) within last 6 years.)

Debtor's Employer's Tax Identification No.    **26-1921050**

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOW ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Paul Bardos 8034 Camino Predera Rancho Cucamonga, CA 91730 | Stock | | 100% |
| | | | |
| | | | |
| | | | |
| | | | |

I, Paul Bardos, the president of the named debtor in this case, declare under penalty of perjury that I have read the foregoing <u>List of Equity Security Holders</u> and that it is true and correct to the best of my information and belief.

Date December 10, 2010

Signature _Paul Bardos_

Paul Bardos

BK-1A
84285

| Party Name, Address and Telephone Number  *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Jeffrey W. Broker, Broker & Associates PC - State Bar No. 53226<br>18191 Von Karman Ave., Suite 470,<br>Irvine, CA 92612<br>T: 949.222.2000<br>F: 949.222.2022<br>Email: jbroker@brokerlaw.biz | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br>     CADMUS CONSTRUCTION, INC.<br><br><br><div align=right>Debtor.</div> | CHAPTER 11<br><br>CASE NUMBER<br><br><div align=center>(No Hearing Required)</div> |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.      Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

    8034 Camino Pradera
    Rancho Cucamonga, CA 91730

2.      Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

    8034 Camino Pradera
    Rancho Cucamonga, CA 91730

3.      Disclose the current business address(es) for all corporate officers:

    Paul Bardos
    President
    8034 Camino Pradera
    Rancho Cucamonga, CA 91730

4.      Disclose the current business address(es) where the Debtor's books and records are located:

    8034 Camino Pradera
    Rancho Cucamonga, CA 91730

*Rev. 12/99* This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.            **VEN-C**

*13*

| In re CADMUS CONSTRUCTIONS, INC. | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER |

5.   List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   8034 Camino Pradera
   Rancho Cucamonga, CA 91730

6.   Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

   None

7.   State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*):

   Paul Bardos
   President
   8034 Camino Pradera
   Rancho Cucamonga, CA 91730
   Sole shareholder of Debtor

8.   Total number of attached pages of supporting documentation:  0

9.   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the ___*10*___ day of December_____, 20_10___, at _Irvine_____, California.

Paul Bardos_____          _____
*Type Name of Officer*                                           *Signature of Declarant*

President_____
*Position or Title of Officer*

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.      **VEN-C**

*14*

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   In re Bardos; Case No. 6:10-bk-41455 TD; Chapter 11 Case; Judge Thomas B. Donovan; Central District of California, Riverside

   Division; Schedule A: (1) 8034 Camino Pradera, Rancho Cucamonga, CA 91730; (2) 1696 N. Redding Way, Upland, CA 91784

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____IRVINE_____, California.

_____
Debtor

Dated _/2/10/2010_____

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 1015-2.1

15

# United States Bankruptcy Court
## Central District of California

| | |
|---|---|
| In re :    Cadmus Construction, Inc., a California corporation,<br><br>                Debtor | Case No. _____<br>Chapter   11<br><br>**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept for services rendered      $ _____ 46,039.00 _____

   Prior to the filing of this statement, I have received payment of      $ _____ 46,039.00 _____

   Unpaid balance of retainer is      $ _____ 00 _____

2. The source of compensation paid to me was:

   ☒ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is: N/A

   ☐ Debtor      ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code;

   b) Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

   c) Representation of the debtor(s) at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) (Other provisions as needed) **See Application to Employ Broker & Associates Professional Corporation and its exhibits to be filed with the Court (the "Application").**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services: **See Application**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   December _10_, 2010

                             _____

                             **Jeffrey W. Broker State Bar No. 53226**
                             **Broker & Associates Professional Corporation**
                             Attorneys for Debtor

84325

16

Verification of Creditor Mailing List - (Rev. 4/01)                                    2001 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name    Jeffrey W. Broker, State Bar No. 53226

Broker & Associates Professional Corporation

Address    18191 Von Karman Ave., Suite 470, Irvine, CA 92612

Telephone    949/222-2000  949/222-2022 (Fax)    Email:  jbroker@brokerlaw.biz

☒ Attorney for Debtor(s) (proposed)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years: | Case No. |
| | Chapter 11 |
| **Cadmus Construction, Inc., a California Corporation** | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor, or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors the addresses of which are known by the Debtor, presently consisting of *ten (10)* sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  December *10* 2020

Cadmus Construction, Inc., a California Corporation

By: Paul Bardos
Its: President

Paul Bardos
President Cadmus Const Inc.
8034 Camino Padera
Rancho Cucamonga, CA 91730


Jeffrey W Broker Esq
18191 Von Karman Ave
Suite 470
Irvine, CA 92612-7114


United States Trustee
3685 Main St., Ste 300
Riverside CA  92501

Al Miller and Sons Roofing Co Inc
Attn Corporate Officer
68760 Summit Dr
Cathedral City, CA 92234


Allright Services Inc
Attn Corporate Officer
3116 E Via Escuela
Palm Springs, CA 92262


Burrtec Environmental
Attn Corporate Officer
Payment Processing Center
Buena Park, CA 90622-6859


Callahan Thompson Sherman Caudill LLP
Norma Marshall Esq
1230 Columbia St Suite 930
San Diego, CA 92101


CDS Office Products
Attn Corporate Officer
3590 A Cadillac Avenue
Costa Mesa, CA 92626-1430


Centria H H Robertson Floor Systems
Attn Corporate Officer
PO Box 640235
Pittsburgh, PA 15264-0235


Employment Development Dept
Bankruptcy Group
PO Box 826880
Sacramento, CA 94280-0001

Esquire
Attn Corporate Officer
PO Box 79509
City of Industry, CA 91716-9509


Evanston Insurance Co
Attn Corporate Officer
Ten Parkway North
Deerfield, IL 60015


Morris Polich & Purday LLP
Attn Mark Hellencamp re Evantson
501 W Broadway, Ste 500
San Diego, CA 92101


First Choice Services
Attn Corporate Officer
4471 Santa Ana Unit A
Ontario, CA 91761


Franchise Tax Board
Attention Bankruptcy Dept
P O Box 2952
Sacramento, CA 95812-2952


Gertz Construction Company
Attn Corporate Officer
PO Box 1510
Indio, CA 92202


Gladstone Michel Weisberg Willner & Sloane
Attn Gene Weisberg
PO Box 92621
Los Angeles, CA 90009-9998

Heslop David Alan
PO Box 730
Templeton, CA 93465


John H Mitchell Esq
Law Offices of John H Mitchell
333 City Boulevard West Suite 1815


Image Source
Attn Corporate Officer
650 East Hospitality Lane Ste 500
San Bernardino, CA 92408


Infinity Drywall Contracting Inc
Attn Corporate Officer
1591 S Sinclair Ste D
Anaheim, CA 92806


Inland Communications
Attn Corporate Officer
13499 Pheasant Knoll Road
Corona, CA 92880


Internal Revenue Service
Attention Bankruptcy Dept
P O Box 21126
Philadelphia, PA 1911


Internal Revenue Service
Insolvency Group 3 Mailstop 5503
24000 Avila Road
Laguna Niguel, CA 92657

Jayar Manufacturing Co Inc
Attn Corporate Officer
3700 Cypress Ave.
El Monte, CA 91731


JD2 Inc
Attn Corporate Officer
12970 Earhart Avenue Ste 210
Auburn, CA 95602-9022


K & L Bookkeeping
Attn Corporate Officer
12596 Central Ave
Chino, CA 91710


Laser Electric Inc
Attn Corporate Officer
PO Box 28998
San Diego, CA 92198


MG Lighting and Electric Inc
Attn Corporate Officer
73 804 Dinah Shore Drive
Palm Desert, CA 82211


Michael Rogers, Esq
Lambert and Rogers APLC
359 West Madison Avenue Suite 100
El Cajon, CA 92020


Mobile Mini LLC
Attn Corporate Officer
PO Box 79149
Phoenix, AZ 85062-9149

National Construction Rentals Inc
Attn Corporate Officer
PO Box 4503
Pacoima, CA 91333-4503


OCB Reprographics
Attn Corporate Officer
17721 Mitchell North
Irvine, CA 92614


Office Equipment Finance Services
Attn Corporate Officer
PO Box 790448
St. Louis, MO 63179-0448


P Acevedo Construction Inc
Attn Corporate Officer
83649 Indio Blvd
Indio, CA 92201


Pacific Rim Mechanical Contractors Inc
Attn Corporate Officer
7655 Convoy Ct
San Diego, CA 92111


Palm Springs Welding Inc
Attn Corporate Officer
1189 Valdivia Way
Palm Springs, CA 92262


Paul Bardos
8034 Camino Predera
Rancho Cucamonga, CA 91730

Penhall Company
Attn Corporate Officer
1801 Penhall Way
Anaheim, CA 92801


Philip Murphy
5700 Wilson St., Space 52
Banning, CA 92220


RSC Equipment Rental
Attn Corporate Officer
PO Box 840514
Dallas, TX 75284-0514


Riverside County Tax Collector
P O Box 12005
Riverside, CA 92502-2205


San Bernardino County Tax Collector
172 West Third Street  First Floor
San Bernardino, CA 91425-0360


Sheppard Mullin Richter Hampton LLP
Richard Freeman
12275 El Camino Real Suite 200
San Diego, CA 92130


Sierra Springs
Attn Corporate Officer
PO Box 1993
Cathedral City, CA 92235

Slovak Baron and Empey LLP
Attn Managing Partner
1800 E Tahquitz  Canyon Way
Palm Springs, CA 92262-7104


Spierer Woodward Corbalis & Goldberg
Attn Managing Partner
707 Torrance Blvd., Ste 200
Redondo Beach, CA 90277


SSW Mechanical Construction Inc
Attn Corporate Officer
PO Box 3160
Palm Springs, CA 92263


Stanley Access Tech LLC
Attn Corporate Officer
PO Box 0371595
Pittsburgh, PA 15251-7595


Sunnymead Electrical and Lighting Supply
Attn Corporate Officer
24340 Sunnymead Blvd
Moreno Valley, CA 92553


Tidwell
Attn Corporate Officer
81785 Trader Place Ste A
Indio, CA 92201


Twenty Nine Palms Band of Mission Indians
Attn Tribal Chairman
46-200 Harrison Place
Coachella, CA 92236

Twenty Nine Palms Enterprises Corporation
dba Spotlight 29 Casino
46-200 Harrison Place
Coachella, CA 92236


United Brothers Concrete Inc
Attn Corporate Officer
PO Box 756
Thousand Palms, CA 92276


United Rentals
Attn Corporate Officer
36025 Cathedral Canyon Drive
Cathedral City, CA 92234


V and M Construction Co Inc
Attn Corporate Officer
81 785 Trader Place Ste C
Indio, CA 92201


Valley Plumbing Co
Attn Corporate Officer
46780 Clinton Street
Indio, CA 92201


Verizon
Attn Corporate Officer
PO Box 9688
Mission Hills, CA 91346


Villegas Masonry
Attn Corporate Officer
6071 La Sierra Avenue
Riverside, CA 92505

West Coast Backhoe
Attn Corporate Officer
29664 Sloop Dr
Canyon Lake, CA 92587


Wood Smith Henning & Berman
Attn Managing Partner
10535 Foothill Blvd, Ste 200
Rancho Cucamonga, CA 91730-3824